UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARQUIS JACKSON,<br>    *Plaintiff,*<br><br>v.<br><br>CITY OF NEW HAVEN, *et al.*,<br>    *Defendants*. | No. 3:19-cv-00388 (JAM) |

## SCHEDULING ORDER

In light of the parties' Rule 26(f) report and the Court's consideration of the nature and complexity of plaintiff's claims, the Court sets forth the following scheduling order:

**Discovery deadline.** The parties shall conclude the production of all discovery by **March 2, 2020**.

**Fact discovery.** The parties shall conclude all fact discovery by **December 18, 2019**.

**Expert discovery**. Plaintiff shall designate all experts and disclose expert reports by **December 18, 2019**, and any depositions of plaintiff's experts shall be completed by **January 17, 2020**. Defendants shall designate all experts and disclose expert reports by **February 3, 2020**, and any deposition of defendants' experts shall be completed by **March 2, 2020**.

**Damages analysis.** Any damages analyses shall be disclosed by **September 15, 2019**.

**Dispositive motions.** Any dispositive motions shall be filed by **April 1, 2020**.

**Joint trial memorandum.** The parties shall file their joint trial memorandum by **April 1, 2020**, or by 30 days following the Court's ruling on dispositive motions, whichever date is later. The parties should be prepared to proceed to trial as soon as 30 days after the filing of the joint trial memorandum. It is so ordered.

Dated at New Haven this 16th day of April 2019.

                                                                                            */s/ Jeffrey Alker Meyer*
                                                                                            Jeffrey Alker Meyer
                                                                                            United States District Judge