# EXHIBIT 2



# STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
STATE POLICE FORENSIC SCIENCE LABORATORY
278 Colony Street
Meriden, CT 06451

## FIREARMS SECTION

| | |
|---|---|
| **LABORATORY CASE #:** | ID99-412 |
| **SUBMITTING AGENCY:** | New Haven Police Department |
| **AGENCY CASE #:** | 99-4353 |
| **TOWN OF INCIDENT:** | New Haven, Ct. |
| **DATE OF REQUEST:** | January 28, 1999 |
| **DATE OF REPORT:** | February 4, 1999 |
| **REPORT TO:** | Sgt. John Pleckaitis |

**EVIDENCE SUBMITTED:**

Submission #2    Envelope with casings and bullet fragments.

**REQUEST:**

FIREARMS IDENTIFICATION

**RESULTS OF EXAMINATION:**

1. Submission #2 contained the following items as listed by the Police Department.

2. Items #1 and #8 were discharged 9mm Luger WIN cartridge cases.

3. Items #2, #3 and #11 were discharged 9mm Luger WIN cartridges.

4. These five (5) discharged cartridge cases were all fired in the same firearm. Entry was made on the NIBIN (Drugfire) system and the number is #7002.

ID99-412

5. Item #4 is a jacketed hollow point bullet which weighed 122.2 grains.

6. Item #6 is a jacketed hollow point bullet which weighed 146.7 grains.

7. Item #7 is a lead and bullet jacket fragment weighing 27.1 grains.

8. Item #9 is a lead and bullet jacket fragment weighing 77.9 grains.

9. Item #10 contained three (3) pieces. 10-1 lead fragment weighing 1.2 grains. 10-2 lead fragment weighing 2.5 grains. 10-3 lead fragment weighing 15.9 grains. The total weight is 19.6 grains.

10. Item #12 is a jacketed hollow point bullet weighing 133.0 grains.

12. Items #4, #6 and #12 were positively fired from the same firearm.

13. Items #7 and #9 are consistent by general rifling characteristics of being fired from the same firearm as items #4, #6 and #12 but they lacked sufficient striae to make a positive identification.

14. The bullets and bullet fragments are consistent with being 9mm caliber. They may have been fired from but not limited to a self loading pistol manufactured by Calico, FEG, Browning, Heckler & Koch, Hungarian, Kassnar, Norinco or Walther.

15. Item #10 could not be further identified.

16. If a firearm should be developed in this investigation it should be submitted along with this evidence for further comparison.

James S. Stephenson  
Firearms Examiner  
Forensic Science Lab

Edward Jachimowicz  
Firearms Examiner  
Forensic Science Lab