# EXHIBIT 3

# General Rifling Characteristics File

# Instructions and Information

## NOTES AND CHANGES TO THE GRC PROGRAM FOR 1999

No major changes have been made to the GRC program for 1999 as the several changes to the program in 1997 seemed to have been successful. However, the instructions section has undergone some revision in an attempt to answer more questions that users may have.

- Remember that when you install the 1999 GRC, you will lose your report heading. So when you open the program for the first time, remember to go in and retype the one-line heading that you want to appear at the top of the first page of the report. You can also type in the name of the examiner that is to be printed on the bottom of each page of the report. Once this data is entered, it remains in the program and is not lost when the program is exited.

- The report form has been changed to place the page number, date and examiner name at the bottom of each page. In addition, the last page of the report will bear the notation,"LAST", in front of the page number. The remarks section will be listed after the last firearm data for that page.

- NOTE! If the examiner name line prints on the next page instead of on the bottom of the report page, CHECK YOUR PRINTER AND RESET THE NUMBER OF LINES TO A PAGE TO AT LEAST 62. Some laser printers default to 60 lines to a page, which causes the examiner line to print on the next page. Your printer manual will tell you how to reset the number of lines.

- Prior to placing the GRC program files on a diskette, each diskette is formatted and scanned for viruses. The program files are copied to the diskette and then scanned again for viruses. The host hard drive from which the files are copied is also scanned for viruses prior to the copy procedure being initiated and after it is completed. Each user is also encouraged to scan the GRC disk with their own virus checking program prior to installing the GRC program on their individual computer. You should not allow your computer to boot up with any floppy disk in the machine but rather allow the hard drive to boot the machine then place the disk in the computer to be scanned.

- The GRC file will operate under Windows 95, but you must install and run the program from within Windows. See the "PROGRAM INSTALLATION INSTRUCTIONS" which follow for more information on this.

- Finally, a number of GRC entry sheets have been submitted without actual samples of bullets and cartridge cases to be entered into the File. We cannot enter new submissions without physical samples to retain for future reference, so please be sure to include test fires with the entry form.

- SPECIAL NOTE: Some versions of the Hi-Point model C 9mm pistol are rifled with irregular measurements. The number of lands and grooves is 6, right twist. Three lands and grooves have relatively narrow measurements, while three have relatively wide measurements. This pattern of rifling makes the firearm easy to classify if an intact bullet is recovered, but may cause some difficulties if only fragments are collected. This firearm has been entered in the File as four separate entries: narrow lands and grooves; wide lands and grooves; narrow lands with wide grooves; and wide lands with narrow grooves. Each entry is listed as "HI-POINT (BEEMILLER)  C* (IRREG. RIFLING)." These four entries are all from the same gun.

# General Rifling Characteristics File
# 1999

Since no one likes to read thick manuals, this is a "Thin Version" of the program and how to run it. By reading this manual, you should be able to conduct a GRC search. Remember, if in doubt, READ THE SCREEN CAREFULLY as there will be, in most instances, all of the help information needed to run the search. For more in-depth help, consult the HELP MENU Box where more information pertaining to codes, name designations, etc. are presented in greater detail.

## GRC INFORMATION MANUAL TOPICS

### FOREWORD

[1] Program Installation
[2] Windows 95 Note
[3] Running the GRC Program
[4] DOS 6 Users Note
[5] Case Information Entry Field
[6] Entry Screen
[7] Types Of GRC DATA Files
[8] Individual K and O Files
[9] Data Printout
[10] General Search Fields
[11] Caliber Codes
[12] Rifling Type Search Field
[13] Polygonal Rifling Designation
[14] Firearm Type Search Field
[15] Data In US or Metric Measurements
[16] Help Box
[17] Land & Groove Utility Program
[18] Uninstalling the GRC
[19] Obtaining A Computerized GRC File Disk
[20] GRC File Program Disk Space Requirements
[21] Program Error Messages
[22] Printed GRC File Manual Format
[23] Program Limitations - Bugs - Errors
[24] Revisions - Error Corrections

# FOREWORD

The FTU would like to thank all of those GRC File users who have assisted with the testing and evaluation of the various versions of the GRC computerized File and to those who offered their comments and suggestions regarding how to make it easier to use. Your support and comments have resulted in a program which, while still far from perfect, is far ahead of the program which was first tested several years ago.

Over the years, several users have advised of problems with prosecutors and/or supervisory personnel concerning the use of the GRC File. Therefore it might be helpful to all GRC File users if an explanation of the purpose of the GRC File is presented.

First and foremost, the GRC File is intended as an INVESTIGATIVE AID. By providing investigators with a list of possible weapons, their valuable time can be spent looking for the more likely firearms. Because the data files do not contain samples of every firearm ever made or every variation of a particular model, it must be kept in mind that the list displayed on the screen or page is at best a list of the firearms which MIGHT have fired the suspect bullet. While the list is not complete it certainly is of some assistance to the investigator to know that a Smith or Ruger, rather than a Colt, is among the firearms which might have fired the bullet. Some attorneys may be under the impression that the GRC obtains specimens from every new model manufactured at every firearms plant; please correct their mistake. The list is made from contributions sent in by firearms examiners in the field, so if you run across a weapon not in the GRC File, please send in fired samples. As a further note, please be advised that information sheets submitted without actual samples of bullets and cartridge cases will not be entered into the File. We need to retain submitted samples for future reference.

Some of the problems have included the obtaining of search warrants which specify the firearms being sought based on the GRC list of possible firearms. Because the GRC list is not all-inclusive, it should be explained to the prosecutor or lead investigator that by specifying only the firearms on the GRC list, firearms found at the scene with the same GRCs might have to be left behind until another search warrant can be obtained.

In other instances, the list has been used in the courtroom to show that because the defendant had one of the firearms on the list, it was possible the defendant fired the bullet. While this circumstantial evidence theory could be correct, some examiners have been criticized when on cross-examination they explained that the possibility also existed that any of the other firearms on the list or even a firearm which was not on the list could have fired the bullet in question.

## [1]     PROGRAM INSTALLATION INSTRUCTIONS

This version of the GRC Computer File installs from the A: or B: floppy disk drive. THERE IS NO NEED TO MOVE THE WRITE PROTECT TAB ON THE INSTALLATION FLOPPY DISK IN ORDER TO INSTALL THE GRC PROGRAM. This installation will also replace any older version of the GRC already on your hard drive.

Using DOS or Windows 3.x DOS Shell:
```
To Install From Floppy Drive  A   to Hard Drive  C   Press ..... 1
To Install From Floppy Drive  B   to Hard Drive  C   Press ..... 2
To Install From Floppy Drive  A   to Hard Drive  D   Press ..... 3
To Install From Floppy Drive  B   to Hard Drive  D   Press ..... 4
```

After you press the appropriate number (1-4), press Enter.

Instructions will appear on the screen to advise you that installation of the GRC program has been completed. To start the program, go to your C: or D: Hard drive and type GRC. Even if this is not your first time using the GRC program, it is strongly suggested that you read each screen that is presented. Once you are at the Main Menu screen, use the Arrow keys or Enter to move the cursor down to the Help menu blank located in the middle of the screen, press "Y" and then Enter. The help menu will now appear as a box with the various topics on the top and bottom of the box. Use the Left or Right Arrow key to highlight the desired topic and then press Enter. The Help Menu topic MANUAL contains all of the information to run the GRC program and can be printed out or displayed on the screen for viewing.

TIP: While in the GRC data entry screen, once you have put in your search data, rather than use the Arrow keys or Enter to move the cursor past the Help Menu blank to go to the next screen, press Page Down and the next screen will be displayed. If you want to stop the program or change your input data, press Page Down until you are back to the screen you desire.

## [2]    WINDOWS 95

The GRC file will operate with Windows 95; however, you must install and run the GRC program from within Windows 95. To install on your hard drive, use the RUN command, and enter "1". After installation, you will have to create the necessary program group and icons.

## [3]    RUNNING THE GRC PROGRAM

The GRC Program name is GRC and is written for use with MSDOS.
To start up the GRC file:

1. Type GRC, then press Enter.
2. After the GRC logo screen appears and stops blinking, press any key to continue the program.
3. Run the program utilizing the main menu.

The GRC Program can be run on Windows 3.1 using the DOS prompt and the above instructions, or you can simply assign it an icon and double-click on it. The icon's command line should read C:\95GRC.BAT. For Windows 95, you must install and run the GRC program from within Windows. If you attempt to run the program without being in Windows 95, the program and/or computer will lock up or fail to function properly. In Windows 95, you may use the RUN command and type C:\GRC.BAT, or create an icon using the same command line as the above Windows 3.1 example.

## [4]    DOS 6 USERS NOTE

The GRC program will work with all versions of DOS. If you had no problems installing the GRC program and it operates normally, then no further action is needed. However, with DOS 6 and above, there have been installation and/or operational problems after the DOS MEMMAKER program has been run. Therefore, if you encounter problems in either the installation or operation of the program, you will need to either run the MEMMAKER program again or modify the CONFIG.SYS file.

If you want to change the CONFIG.SYS file, first MAKE A BACKUP COPY of the original CONFIG.SYS file. Then, using the DOS or another edit program, enter the CONFIG.SYS file, and if the letters NOEMS appear after the EMM386.EXE filename, change NOEMS TO RAM.

If the line looks like this:

```
    DEVICE=C:\DOS\EMM386.EXE NOEMS
or  DEVICEHIGH=C:\DOS\EMM386.EXE NOEMS
```

Change to:

DEVICE=C:\DOS\EMM386.EXE RAM
or DEVICEHIGH=C:\DOS\EMM386.EXE RAM

The device line is usually located near the beginning of the program. The exact path may be different if the directory in which your DOS files are located is different than DOS. There may also be other words or letters after NOEMS, but you do not have to change them. Also, after you make this change, you will have to reboot your computer in order to make the change effective.

If you use the MEMMAKER program, one of the questions asked is if you have any programs which require EMS. The MEMMAKER program comes with this question defaulting to NO which you will need to change to YES. After you answer this question, run the balance of the MEMMAKER program. After this program has finished, you will be back at the prompt ( C:\ ). If you encountered problems during the GRC program installation, you will need to restart the installation process.

To date, all problems with the program or its installation have been solved by either of these two procedures. If you continue to experience problems after running the MEMMAKER program, then re-install the GRC program as the files might have become corrupted.

After installation, you can start the GRC program by typing GRC at the dot prompt ( C:\ ) and pressing Enter. If you are going to run the GRC program from within Windows, the icon's command line should read, C:\95GRC\GRC.BAT or D:\95GRC\GRC.BAT. Alternatively, you can use the Windows 95 RUN command and type C:\GRC.BAT or D:\GRC.BAT.

## [5] CASE INFORMATION ENTRY FIELD

The GRC program allows you to enter case information which will be displayed on both the report header that lists the search parameters and on the top line of the report itself. This information can consist of a maximum of 50 characters. Enter this information at the prompt, "Do you want to change the Heading or Examiner on your reports?"

## [6] ENTRY SCREEN

The main goal of the GRC program has been to provide the user with a simple, easy to use search program that does not require a computer degree to master. With this program, the user only has to enter whatever data is available, select a file to search, and then decide whether to view on the computer screen or print out the information.

All data entry and file selection is done on the main entry screen. The Help Box is available at the bottom of the screen and has been expanded to provide better entry assistance. For example, if you desire to look up information relative to a firearm manufacturer, after the data is displayed, you now have an opportunity to make an entry in that block of the main screen instead of having to exit the Help Box and arrow up to that block and make the entry. The mouse does not work in the GRC program; maneuvering between fields is done with Tab, Enter, or the Arrow keys.

With this version, you only have to make an entry in the blanks for which you have data. The only requirement is that at least one of the blank data fields have an entry or an error message will be displayed which will prompt you to make the entry.

## [7] TYPES OF GRC DATA FILES

The GRC program utilizes three data files that can be searched by using the menu choices.

The GRC file (G), contains all of the GRC file entries and a report in which this file is utilized will list all firearms that meet the search criteria.

The MODEL file (M), is a condensed file that contains the minimum and maximum land and groove measurements based on the manufacturer, model, cartridge, twist and number of lands and grooves for a particular MODEL of firearm. For example, a report for a Colt Cobra, will display one listing showing the lowest and highest land and groove measurements for all of the Colt Cobras contained in the main GRC file. Please remember that each result listing you get from the Model file does not represent the minimum and maximum for ONE firearm; rather it shows the range from all individual firearms entered under that model. See the note below on this subject.

The TYPE file (T), is also condensed, and contains the maximum and minimum land and groove measurements based on the manufacturer, cartridge, twist and number of lands and grooves for a particular firearm TYPE. Therefore, this file will display only one listing for S&W 9MM LUGER pistols with five lands and grooves, right twist. Don't enter Model information if you are using this file as the search parameters will be incorrect and no information will be displayed.

NOTE: While the condensed files offer a faster and more condensed search in most cases, the user must be aware of the limitations of these files in order not to draw false conclusions from the data that is presented. Remember, the minimum and maximum land and groove measurements displayed are just that, and must be interpreted correctly. For example, if the model file lists the min/max land measurements for a SMITH & WESSON 559 as 050 to 090, this only means that the smallest land width for this model in the file is 050 and that the largest land width in the file is 090. It should not be concluded that some 559's have land measurements of 075, although this is certainly possible. It is suggested that in the event large differences between the min and max L&G measurements occur, the main file be checked to determine where the measurements are occurring. In some cases, manufacturers have changed their rifling measurements and the measurements are spread across the min/max spectrum, while in other instances the majority of the measurements occur at one end of the range and only one measurement occurs at the other. In this situation, be wary as this could be a data entry error.

Be especially suspicious of large variations between the land and groove measurement ranges. If the range for the land is from 040 to 070 and the range for the groove is 080 to 130, run the main file to verify the measurements. If a manufacturer has changed the L&G measurements, the range ratio should be constant. As the land width increases, the groove width must decrease if the number of lands and grooves remains the same.

## [8] INDIVIDUAL K AND O FILES

In addition to the three files listed above, the GRC program allows you to maintain two personal GRC files, designated "K" and "O", that can be searched from the Main entry screen by the same parameters used to search the GRC, Model and Type files.

You can utilize these two files for any purpose you wish; however, you might want to use one file for new GRC entries which you encounter which are not in the current GRC data files (hopefully you will send specimens of the these new entries to the FTU for inclusion in the next GRC edition). The second file could be used for an open case or unsub file system which you might want to compare against new cases. With these additional files, you can run a search against one of the three GRC files, then compare against your personal "K" and "O" GRC files.

To add new records to either of these two files which have been named KFILE and OFILE, enter the HELP screen, highlight K-O FILES, press the Enter Key and then choose which file you want to add or edit data in. If, for some reason, you later want to delete a particular record, enter 99998888 in the record number blank, and upon exiting from the Help section that record will be deleted from the file.

Both files allow you to search by all of the usual GRC information, as well as by Record Number, Lab Number or Remarks. While in the main entry screen, you can only search by GRC'S and/or record number. In the Help Section, you can search records by Record Number, Lab Number and/or the Remarks section. Eight spaces are allotted for the Record Number, 16 for the Lab Number and 50 spaces for the Remarks section and can be any combination of letters and/or numbers.

Backup copies of the K and O files are made each time the GRC program is closed and are maintained in the 94GRCKO subdirectory. When the program is closed, the files KFILE.DBF and OFILE.DBF are copied to the 94GRCKO subdirectory. In addition, the old KFILE.DBF and OFILE.DBF are copied to the files KFILE2.DBF and OFILE2.DBF. Therefore, in the event something happens to the K and O files in the main GRC directory, you still have two other copies.

CAUTION: If you are in the GRC program and can not locate the K or O files, close out of the program and copy the KFILE2.DBF and/or OFILE2.DBF back into the 95GRC directory. If you reopen the GRC program again, BOTH COPIES OF THE K AND O FILES COULD BE DAMAGED. It is strongly suggested that periodic backups of these files also be maintained.

In order to copy the backup files into the 95GRC directory, use the following command:

  If on C drive type  COPY C:\94GRCKO\KFILE2.DBF C:\95GRC\KFILE.DBF
                      COPY C:\94GRCKO\OFILE2.DBF C:\95GRC\OFILE.DBF

  If on D drive type  COPY D:\94GRCKO\KFILE2.DBF D:\95GRC\KFILE.DBF
                      COPY D:\94GRCKO\OFILE2.DBF D:\95GRC\OFILE.DBF

If you have been running the 1998 or later version of the GRC, you may disregard this paragraph. However, if you have the 1994 version of the GRC file and there is data in your K and/or O files, you will have to copy those files into the new GRC directory after you install the new yearly update. Assuming your present GRC program with the K and O files is in the C hard drive directory called C:\94GRCKO, go to that directory and type the commands shown below:

" C:\94GRCKO> COPY KFILE.DBF C:\94GRC\KFILE.DBF "    then press ENTER KEY
" C:\94GRCKO> COPY OFILE.DBF C:\94GRC\OFILE.DBF "    then press ENTER KEY

Backup copies of the blank K/O files are contained in the files labeled KFILE.BUP AND OFILE.BUP. To make new BLANK K or O files, insert the original GRC disk in the floppy drive and while in that drive type the command, KNEW or ONEW. Disregard the PATH NOT FOUND error message.

## [9]           DATA PRINTOUT

After retrieval, GRC data can either be displayed on the monitor screen or printed out. This choice is made at the top of the entry screen after the file selection has been made. After a search has been conducted on the screen, to print out the information, return to the top of the screen and change the "S" to a "P" and press Page Down. NOTE: In some cases a machine running Windows 95 will not print from the GRC file unless it is the print server (i.e., physically connected to the printer, not just part of a network). At this point there is no fix for this problem.

## [10] GENERAL SEARCH FIELDS

Enter TWIST as either R or L. Enter the number of LANDS and GROOVES as a two-digit number. For example, a firearm with 6 L&G would be entered as 06, 10 L&G would be entered as 10. Enter CALIBER CODE as a two-digit number. All 9MMs and 38s have a caliber code of 38, therefore enter 38. If no information is found, you can check the caliber code in the help section. [See note on Caliber Codes below.] Enter as much as possible of the CARTRIDGE NAME to limit the scope of the search. However, if the correct name is unknown, you can make a preliminary search by entering a part of the name. For example, 'L' will display Luger, Long Colt, Long Rifle, etc. After the correct name is determined, you can then re-enter the correct information. The MANUFACTURER'S NAME should also be entered as correctly as possible. Again, just as with the Cartridge Name, the less specific you are, the wider the search. For example, if 'ARMS' is entered, Sig Arms, Freedom Arms, etc., will be displayed. For land and groove width entries, enter the measurements as three digit numbers with no decimal. A measurement of .045" would be entered as 045. The search can be as wide or as narrow as you desire. If your measurement is .045", an entry of 043 for the minimum land width and 047 for the maximum land width would give you a search parameter of .005 inch. You can also enter a tight set of parameters for the land measurements and a wider set for the groove measurements or vice versa.

In regard to the land and groove width blanks, a search can be made with just the land or groove width data but it will not be successful if an entry is not made in both the minimum and maximum width blanks. The MAXIMUM width must also be the SAME OR LARGER than the MINIMUM width.

## [11] CALIBER CODES

Due to popular demand (and from many user requests asking where were the 38's), the 36 caliber code for .38 caliber is no more. Now 9mm's and 38's are 38 caliber which is what everyone has always expected (and wanted) them to be. Another change was in the 44 caliber cartridges. For some reason 44 caliber cartridges had caliber codes of 42, 43 or 44. Now all the 44's have a 44 caliber code.

While the old system was technically correct, this type of coding caused many examiners, both "old-timers" as well as the newer examiners, to have problems with searches. The calibers are now what is expected. .38's are 38, .41's are 41, .44's are 44, .338's are 33, etc.

A partial list of calibers and caliber codes is printed in the general GRC file documentation which follows this computer-specific information.

## [12] RIFLING TYPE SEARCH FIELD

The rifling search field allows you to search by Cut or Polygonal rifling. Use this field if you want to search by ONLY ONE OF THESE TWO FIELDS. Leave this field blank if you want both types of rifling searched.

## [13] POLYGONAL RIFLING DESIGNATION

Previously, polygonally rifled entries were denoted with either a "000" or some of the letters of the word POLYGONAL (POL, GON, or AL) in the land and groove fields. While the 1993 printed GRC manual listed the polygonally rifled entries with "POL" in the Land and Groove fields for search purposes, this computerized version lists polygonally rifled entries with either "000" (US) or "00.000" (Metric). Therefore, if you see an entry with "000" or "00.000" in all of the land and groove fields, it has polygonal rifling.

[14]                    FIREARM TYPE SEARCH FIELD

The GRC program allows you to search by firearm type. A list of the firearm type codes in contained in the Help Box. To search using this field, use the correct code from the code list. Remember, if you enter 'PR', you will get all revolvers. If you just enter 'R', you will get all revolvers and all rifles.

[15]            DATA IN US OR METRIC MEASUREMENTS

Land and Groove width information can now be viewed in either US (1000ths of an inch) or in Metric (1000ths of a mm). The program comes set for US measurements; however, to change to Metric, go to the HELP Screen, use the arrow key to highlight "METRIC", and then press the Enter Key. When you leave the Help Box the data entry screen will change the land and groove entry blanks to mm and METRIC will appear in the upper right corner of the screen. Once this change is made, the program will continue to display in METRIC until you re-enter the HELP menu and highlight "US" to return the program to measurements in 1000ths of inch. This is a one-time task, and once set, the change will continue regardless of how many times the program is run. Remember to enter ZERO (0) and the number for any number less than 10mm. For example, 2.345mm would be entered as 02.345. You do not have to enter the decimal, just the zero if it is less than 10.

[16]                              HELP BOX

All of the information you need to run the GRC program is contained in the Help Box at the bottom of the Main Entry screen. Even if you are a previous user of the computerized GRC File, it is well worth the time to go to the Help Box and examine its contents. There are several features and programs which will enable you to make better searches of the GRC File, as well as assist you in your role as a firearms examiner.

You now have two ways to go to the help section. From the top of the screen, instead of selecting a file, type in the letter "H" and then press Page Down. As long as "H" is in the file selection block at the top of the screen, anytime you press Page Down the help section will open. The second method is to move the cursor down to the Help Box blank using either Enter or the Down Arrow key. To open the Help Box, type "Y" in either of the two blanks. The Help Box will then reconfigure itself to a box with various titles placed at the top and bottom of the box. To move the highlight, press the Left or Right Arrow key until the appropriate title is highlighted, then press Enter.

You will then be asked to enter what you are searching for. For example, if you are unsure of the manufacturer of a firearm, you will be asked to enter the manufacturer. Remember that the more of the name you enter, the more restricted the search will be. If you are unsure of the correct spelling, enter the first few letters of the name or the letters in the name that you are sure of and then press Enter. If you entered SMITH, the list that will be displayed will include Smith & Wesson, Smith&Jones, Wilbur Smith, etc. An entry of & would return Smith & Wesson, J&B, or any name with an ampersand in it but would not list Wilbur Smith, or LC Smith.

The list that is returned will occupy the area of the Help Box and if the list is long, it will continue off the bottom of the screen. Use the Up and Down Arrows to scroll through the list. When you have located the correct information, it is suggested you position that data in the center of the screen. Now press Escape, and you will see the corresponding title on the Main Entry Screen highlight and the cursor will be blinking in the blank. You can now enter the correct name of the manufacturer, model, etc. if you desire. If you do not want to enter anything at this time merely press Enter and you will return to the Help Box. If you do enter data in the blank, press Enter and you will also return to the Help Box.

Unfortunately, once you run a Help Box search, you have to go to the Main Entry Screen blank before you can run another search. Therefore, if you don't get the information you desire, press Escape and then

Enter and you will be back to the Help Box to run another search. Remember, the Help files are much smaller than the Main GRC files so you will get an answer much faster than by running a Main Screen search. When you have completed your Help Box requests, use the Arrow Keys to move the cursor back to the END HELP blank and press Enter. The cursor will then be returned to the top of the Main Entry Screen.

## [17]  LAND & GROOVE UTILITY PROGRAM

Included in the Help Box is a utility program which enables you to determine the number of lands and grooves or the caliber of the bullet based upon the amount of information you input. If you input the land and groove widths and the diameter of the bullet, the program will determine the number of lands and grooves. If you enter the number of L&G and the widths of at least one land and one groove, the program will determine the diameter of the bullet. To exit the program, enter N at the "Do You Want To Continue" prompt.

Remember that this program only recalculates if there is a blank in the Land, Groove, Diameter or Number of Lands and Grooves. If you enter, for example, .357 for the diameter, 120 for the groove width, and 05 for the number of lands and grooves, the program will then fill in the empty land width with 100. If you now change the number of lands and grooves to 06, none of the blanks will change as the program only responds to one of the blanks being empty. In this example, move the cursor to the appropriate blank, remove the number in it by either using the space bar to go across the blank or press the DELETE KEY until the blank is empty. NOTE: If the Land AND Groove blanks are left empty, the program will calculate and display at the bottom of the box a measurement which represents the COMBINED land and groove widths. This is the only time where two blanks can be empty. In all other situations, only one blank can be left empty.

This program will display the measurements in either US or Metric depending on the Mode you selected at the Main Menu.

## [18]  UNINSTALLING THE GRC PROGRAM

If you install to the wrong hard drive or want to install on another drive, the files can be removed from the installed drive by placing the installation disk in the floppy drive and using the commands listed below.
 To Remove GRC File from Hard Drive C Type: R1   Then press ENTER.
 To Remove GRC File from Hard Drive D Type: R2   Then Press ENTER.

## [19]  OBTAINING A COMPUTERIZED GRC FILE DISK

Computerized GRC File disks are sent to all labs on the mailing list. If, for some reason, you did not receive a copy or you now desire a copy contact the Firearms/Toolmarks Unit and a copy will be furnished to you. Disks will only be furnished to OFFICIAL LAW ENFORCEMENT LABORATORIES. Since some examiners take their work home with them, it is permissible for examiners assigned to receiving labs to copy the GRC disk and install it on their personal home computers provided the use of the information is in connection with official investigations. During the last year, there have a number of requests from police departments for copies of the GRC File. Due to budget constraints, the FTU is unable to provide such assistance. Since much of the usefulness of the GRC is based upon the land and groove measurements which are obtained through the use of a microscope, the utility of the GRC to the average investigative unit of a department without such facilities is questionable.

However, if you believe the GRC data will be of use to a unit within your particular department or departments which your laboratory serves, IT IS WITHIN YOUR DISCRETION TO ALLOW THE

COPYING OF YOUR PRINTED GRC MANUAL OR COMPUTER DISK BY THESE UNITS FOR THEIR EXCLUSIVE USE. It should recognized, however, that if this data is provided, the recipients should be given instruction by you in its use and what conclusions can be drawn from the data.

## [20] GRC FILE DISK SPACE REQUIREMENTS

This program will run on DOS or Windows operated computers that have 512K of RAM memory. Due to the large size of the data bases used by the program, the program must be installed on a hard drive. The entire program, including the three data bases and program files, will require approximately 6MB of hard disk space. Also, in order to install the program, there must be at least 7MB of free hard disk space available. If the K and O Files are used, the amount of hard disk space needed will increase as these files grow larger. As a matter of reference, the main GRC file, containing approximately 14,000 records, takes about 1.5MB of space. Therefore, even with thousands of entries in the K and O Files, 10MB of hard disk space would be adequate for quite a while.

## [21] PROGRAM ERROR MESSAGES

There are several safeguards built into the program to reduce the chances of an incorrect search. For example, if you enter search data but forget to choose a file, a red block with an error message will appear to remind you to choose a file. Likewise, if you do not choose whether you want your data displayed on the screen or printed out, another reminder will appear.

Error messages will also appear if you forget to make an entry in at least one of the search screen blanks or attempt to use the TYPE file with an entry in the Model field. The program will also automatically select the GRC main file in the event you want to search by breech face, extractor, ejector or firing pin marks, even if you choose another file.

## [22] PRINTED GRC FILE MANUAL FORMAT

The data in the printed GRC book is organized by caliber, cartridge, manufacturer, model, twist direction, number of lands and grooves and the minimum land and groove measurements. This means that when you have selected a particular cartridge, direction of twist and number of lands and grooves, once you have found the minimum land measurement you want, the land measurements will increase until the number of lands and grooves changes.

## [23] PROGRAM LIMITATIONS - BUGS - ERRORS

This file is provided as an investigative aid and should not be construed as an all-inclusive list of firearms available with particular rifling characteristics. Furthermore, in some cases, the more common trade name has been used in place of the actual manufacturer's name.

In order to insure that this file is accurate and complete, the cooperation of every user is needed. Should you examine any firearms that are not in the GRC file, please send test bullets and cartridge cases to the FBI Laboratory. Also indicate the manufacturer, model, country of origin and relative positions of the extractors and ejectors, if applicable. Please send only test specimens that can be retained by the FBI. For those laboratories located near firearms manufacturers, please attempt to obtain test specimens from any new manufacturers or models not currently listed.

Every effort has been made to make this as user friendly as possible and to trap all "bugs" in the program and the GRC data file. If, however, you detect a data error, please advise the FBI

Firearms-Toolmarks Unit at the address below with the information concerning the error. Any new data and corrections will be included in the yearly update.

While all efforts are being made to monitor the GRC program and correct any errors, the FBI Laboratory assumes no responsibility for the subsequent use of this data by the user and any problems that result from any data or program error.

## [24]      REVISIONS - ERROR CORRECTIONS

A lot of revision has been done in an effort to standardize the various models and names of manufacturers as well as correct entry errors. For example, some models were entered several different ways such as RG 14, RG14, RG-14, etc. While all such deviations might not have been changed this year, several hundred corrections were made for this version. Again, now that the file is computerized, errors are going to be more apparent, so if you detect an error, please jot it down with what you think the correction should be and send it in.

Some users have sent in corrections relating to the capitalization of manufacturers and/or models. In order to make the data search more productive and easier to use, ALL LETTERS ARE CAPITALIZED. For example, the Mauser HSc is the correct term, but if you entered HSC or hsc you would not get a response from the program. It is for this reason that all letters in the database are capitalized and the entry screens automatically convert your request to capitals even if your keyboard is set to lower case letters. This way, if you have the name or part of the name correct, you will have a much better chance of get a response to your request.

When sending in samples for inclusion in the GRC database, PLEASE INCLUDE AT LEAST TWO FIRED BULLETS AND CARTRIDGE CASES. Also, please include as much information about the firearm as possible, particularly what is printed on the firearm itself. This is important as some examiners in smaller labs do not have quick or easy access to firearms data libraries and the information on the firearm is all they have. It is the intention of the GRC file that by entering at least the information on the firearm will cause the correct information to be displayed.

Because some of the entries in the GRC file are many years old, in certain instances it was not possible to determine if questionable data in an entry was correct. Therefore, some of these entries have been removed and are absent from the list this year. Also, the computerized version may be more up-to-date as the disk version is revised while the printed GRC book is being printed.