# EXHIBIT 4

Connecticut State Police
Meridan, CT

GRC System

General Rifling Characteristics

Connecticut State Police
Drugfire System

3-Feb-1999 13:55
Page 1

| Country | Manufacturer | FT | Model | Cartridge | Poly/Cut | Twist | NL | Land Width* Min | Land Width* Max | Groove Width* Min | Groove Width* Max |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GE | HECKLER & KOCH | BA | MP5K | 9MM LUGER | Cut | Right | 6 | 70 | 71 | 106 | 107 |
| US | RUGER | BA | MP9 | 9MM LUGER | Cut | Right | 6 | 70 | 74 | 100 | 104 |
| US | RUGER | BA | MP9 | 9MM LUGER | Cut | Right | 6 | 70 | 74 | 102 | 104 |
| | | | | | | | | | | | |
| US | H&R | PR | DEFENDER | 38 S&W | Cut | Right | 6 | 68 | 70 | 106 | 108 |
| US | IVER JOHNSON | PR | TRAILSMAN | 38 S&W | Cut | Right | 6 | 68 | 70 | 105 | 108 |
| SP | ASTRA | PR | CADIX | 38 SPECIAL | Cut | Right | 6 | 70 | 77 | 105 | 110 |
| | | | | | | | | | | | |
| HU | FEG | PI | PMK380 | 380 AUTO | Cut | Right | 6 | 68 | 70 | 106 | 108 |
| HU | FEG | PI | R61 | 380 AUTO | Cut | Right | 6 | 70 | 73 | 105 | 110 |
| US | PMJ (COBRAY) | PI | PM12 | 380 AUTO | Cut | Right | 6 | 67 | 70 | 106 | 110 |
| | | | | | | | | | | | |
| US | SWD INC (COBRAY) | PI | M12 | 380 AUTO | Cut | Right | 6 | 67 | 70 | 106 | 106 |
| IT | TANFOGLIO | PI | GT380 | 380 AUTO | Cut | Right | 6 | 68 | 70 | 105 | 107 |
| IT | TANFOGLIO | PI | GT38C | 380 AUTO | Cut | Right | 6 | 68 | 70 | 105 | 107 |
| | | | | | | | | | | | |
| HU | FEG | PI | PJK-9HP | 9MM LUGER | Cut | Right | 6 | 70 | 73 | 106 | 110 |
| HU | FEG | PI | PJK-9HP | 9MM LUGER | Cut | Right | 6 | 70 | 76 | 106 | 110 |
| HU | FEG (KBI, INC) | PI | VP70Z | 9MM LUGER | Cut | Right | 6 | 70 | 75 | 105 | 110 |
| | | | | | | | | | | | |
| GE | HECKLER & KOCH | PI | USP | 9MM LUGER | Cut | Right | 6 | 70 | 72 | 106 | 110 |
| GE | HECKLER & KOCH | PI | USP9 | 9MM LUGER | Cut | Right | 6 | 68 | 72 | 102 | 106 |
| GE | HECKLER & KOCH | PI | VP70Z | 9MM LUGER | Cut | Right | 6 | 70 | 74 | 106 | 110 |
| | | | | | | | | | | | |
| HU | HUNGARIAN | PI | P9R | 9MM LUGER | Cut | Right | 6 | 68 | 72 | 104 | 106 |
| HU | HUNGARIAN | PI | R-9 | 9MM LUGER | Cut | Right | 6 | 67 | 70 | 105 | 108 |
| IS | IMI (UZI) | PI | PISTOL | 9MM LUGER | Cut | Right | 6 | 65 | 70 | 105 | 110 |
| | | | | | | | | | | | |
| RC | NORINCO | PI | 213 | 9MM LUGER | Cut | Right | 6 | 70 | 74 | 104 | 106 |
| RC | NORINCO | PI | 213A | 9MM LUGER | Cut | Right | 6 | 70 | 76 | 102 | 110 |
| RC | NORINCO | PI | 77B | 9MM LUGER | Cut | Right | 6 | 68 | 70 | 104 | 106 |

* Values are SAE.

Connecticut State Police
Meridan, CT

GRC System

General Rifling Characteristics

Connecticut State Police
Drugfire System

3-Feb-1999 13:55
Page 2

| Country | Manufacturer | FT | Model | Cartridge | Poly/Cut | Twist | NL | Land Width* Min | Land Width* Max | Groove Width* Min | Groove Width* Max |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US | SWD INC | | M11/NINE | 9MM LUGER | Cut | Right | 6 | 70 | 75 | 100 | 105 |
| SX | TOKAREV | PI | | 9MM LUGER | Cut | Right | 6 | 70 | 72 | 105 | 106 |
| GE WG | WALTHER | PI | P38 | 9MM LUGER | Cut | Right | 6 | 70 | 71 | 104 | 105 |
| GE WG | | PI | | 9MM LUGER | Cut | | | | | | |
| GE WG | | | | 9MM LUGER | Cut | | | | | | |
| GE WG | | | | 9MM LUGER | Cut | | | | | | |
| GE WG | WALTHER | PI | P5 | 9MM LUGER | Cut | Right | 6 | 70 | 72 | 103 | 105 |
| GE WG | WALTHER | PI | P88 COMPACT | 9MM LUGER | Cut | Right | 6 | 70 | 73 | 104 | 106 |

Key to FT - Firearm Type and Description

First Letter - Firearm Type    Second Letter - Firearm Description

B: Submachine Gun/Machine Pistol   A: Automatic
C: Rifle/Shotgun Combination       B: Bolt Action
M: Machine Gun                     C: Carbine
P: Pistol                          D: Derringer
R: Rifle                           E: Double Barrel Side/Side
S: Shotgun                         O: Over & Under
Z: All Others                      P: Pump
                                   I: Semiautomatic
                                   L: Lever Action
                                   R: Revolver
                                   S: Single Shot
                                   W: Three Barrels
                                   X: Four+ Barrels

Search Criteria

All Records Where:

Caliber is: '38' and
Rifling is: 'Cut' and
Direction of Twist is: 'Right' and
Number of Lands and Grooves is: '6' and
Land Width is: 069 +/- 2 (SAE) and
Groove Width is: 105 +/- 2 (SAE)

* Values are SAE.