# EXHIBIT 5

Connecticut State Police
Meriden, CT

GRC System

General Rifling Characteristics

Connecticut Server Drugfire Network
Drugfire System

15-Feb-2000 11:16
Page 1

| Country | Manufacturer | FT | Model | Cartridge | Poly/Cut | Twist | NL | Land Width* Min | Land Width* Max | Groove Width* Min | Groove Width* Max |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IT US | BERETTA | PI | 92F | 9MM LUGER | Cut | Right | 6 | 62 | 65 | 106 | 112 |
| IT US | BERETTA | PI | 92F | 9MM LUGER | Cut | Right | 6 | 73 | 75 | 100 | 102 |
| IT US | BERETTA | PI | 92FS | 9MM LUGER | Cut | Right | 6 | 72 | 75 | 100 | 106 |
| HU | FEG | PI | PJK-9HP | 9MM LUGER | Cut | Right | 6 | 70 | 73 | 106 | 110 |
| HU | FEG | PI | PJK-9HP | 9MM LUGER | Cut | Right | 6 | 70 | 76 | 106 | 110 |
| HU | FEG (KBI, INC) | PI | | 9MM LUGER | Cut | Right | 6 | 70 | 75 | 105 | 110 |
| US | FMJ (COBRAY) | PI | CM-11 NINE | 9MM LUGER | Cut | Right | 6 | 72 | 75 | 100 | 104 |
| BG | FN/BROWNING | PI | | 9MM LUGER | Cut | Right | 6 | 73 | 74 | 104 | 105 |
| BG | FN/BROWNING | PI | AUTO | 9MM LUGER | Cut | Right | 6 | 73 | 77 | 100 | 105 |
| BG | FN/BROWNING | PI | HI-POWER | 9MM LUGER | Cut | Right | 6 | 72 | 78 | 105 | 106 |
| AU US | GLOCK | PI | 17 | 9MM LUGER | Cut | Right | 6 | 67 | 70 | 106 | 108 |
| GE | HECKLER & KOCH | PI | SP 89 | 9MM LUGER | Cut | Right | 6 | 72 | 76 | 106 | 110 |
| GE | HECKLER & KOCH | PI | VP70Z | 9MM LUGER | Cut | Right | 6 | 72 | 75 | 103 | 106 |
| GE | HECKLER & KOCH | PI | VP70Z | 9MM LUGER | Cut | Right | 6 | 70 | 72 | 103 | 105 |
| GE | HECKLER & KOCH | PI | VP70Z | 9MM LUGER | Cut | Right | 6 | 71 | 73 | 103 | 104 |
| IS | IMI (UZI) | PI | PISTOL | 9MM LUGER | Cut | Right | 6 | 65 | 70 | 105 | 110 |
| CD | JOHN INGLIS | PI | | 9MM LUGER | Cut | Right | 6 | 72 | 72 | 108 | 110 |
| CD | JOHN INGLIS | PI | CHINESE CONTRACT | 9MM LUGER | Cut | Right | 6 | 73 | 75 | 108 | 108 |
| US | KELTEC CNC INDUST | PI | P-11 | 9MM LUGER | Cut | Right | 6 | 73 | 77 | 100 | 104 |
| GE | LUGER | PI | | 9MM LUGER | Cut | Right | 6 | 69 | 70 | 107 | 108 |
| GE | LUGER | PI | | 9MM LUGER | Cut | Right | 6 | 72 | 74 | 107 | 108 |
| RC | NORINCO | PI | 213A | 9MM LUGER | Cut | Right | 6 | 70 | 76 | 102 | 110 |
| RC | NORINCO | PI | 77B | 9MM LUGER | Cut | Right | 6 | 68 | 70 | 104 | 106 |
| PO | RADOM | PI | 35 | 9MM LUGER | Cut | Right | 6 | 72 | 73 | 105 | 106 |

* Values are SAE.

Connecticut State Police  
Meriden, CT

GRC System

General Rifling Characteristics

Connecticut Server Drugfire Network  
Drugfire System

15-Feb-2000 11:16  
Page 2

| Country | Manufacturer | FT | Model | Cartridge | Poly/Cut | Twist | NL | Land Width* Min | Land Width* Max | Groove Width* Min | Groove Width* Max |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO | RADOM | PI | 35 | 9MM LUGER | Cut | Right | 6 | 72 | 73 | 106 | 107 |
| PO | RADOM | PI | WZ/35 | 9MM LUGER | Cut | Right | 6 | 73 | 74 | 102 | 103 |
| US | RUGER | PI | P85 | 9MM LUGER | Cut | Right | 6 | 73 | 75 | 104 | 106 |
| GE WG | WALTHER | PI | P38 | 9MM LUGER | Cut | Right | 6 | 70 | 71 | 104 | 105 |
| GE WG | WALTHER | PI | P38 | 9MM LUGER | Cut | Right | 6 | 71 | 72 | 104 | 105 |
| GE WG | WALTHER | PI | P38 | 9MM LUGER | Cut | Right | 6 | 71 | 72 | 106 | 107 |
| GE WG | WALTHER | PI | P5 | 9MM LUGER | Cut | Right | 6 | 73 | 76 | 106 | 108 |
| GE WG | WALTHER | PI | P5 | 9MM LUGER | Cut | Right | 6 | 72 | 75 | 102 | 105 |
| GE WG | WALTHER | PI | P5 | 9MM LUGER | Cut | Right | 6 | 70 | 72 | 105 | 107 |

Key to FT - Firearm Type and Description

First Letter - Firearm Type   Second Letter - Firearm Description

B: Submachine Gun/Machine Pistol  A: Automatic  
C: Rifle/Shotgun Combination      B: Bolt Action  
M: Machine Gun                    C: Carbine  
P: Pistol                         D: Derringer  
R: Rifle                          E: Double Barrel side/side  
S: Shotgun                        O: Over & Under  
Z: All Others                     P: Pump  
                                  I: Semiautomatic  
                                  L: Lever Action  
                                  R: Revolver  
                                  S: Single Shot  
                                  W: Three Barrels  
                                  X: Four+ Barrels  

Search Criteria

All Records Where:

Caliber is: '38' and  
Cartridge is: '9MM LUGER' and  
Firearm Type is: 'Pistol' and  
Rifling is: 'Cut' and  
Direction of Twist is: 'Right' and  
Number of Lands and Grooves is: '6' and  
Land Width is: 069 +/- 4 (SAE) and  
Groove Width is: 105 +/- 4 (SAE)

* Values are SAE.

Case 3:19-cv-00388-RNC   Document 34-6   Filed 04/30/19   Page 3 of 3