# EXHIBIT 6

U.S. Department of Justice
Federal Bureau of Investigation

# General Rifling Characteristics File

# Firearms-Toolmarks Unit
# FBI Laboratory



# 2008

# GENERAL RIFLING CHARACTERISTIC FILE

Welcome to the 2008 GRC File CD. As a reminder, I have decided to distribute the CD only. Printing the GRC book is a time consuming and expensive endeavor, and therefore it is not going to be mass-distributed. I implore you to use the CD version whenever possible. If you do not have Microsoft Access, there is a self-installing version on this disc. If your computer does not allow file transfer from CD, then the databases can be read directly from the CD. If all options have been exhausted and the electronic version will not work for your Laboratory, please contact me.

The GRC file is intended as an investigative aid and should not be construed as an all-inclusive list of firearms available with particular rifling characteristics. Should you examine any firearms that are not in this file, please send test fired bullets and cartridge cases for inclusion in the GRC file. Please use the included GRC data entry for to submit new specimens so that all available information is obtained.

During the years the GRC file has been in existence, errors in the file have been discovered that occurred due to incorrect information being entered or typos that were not noticed. While all efforts are made to monitor the GRC program and correct any errors brought to the attention of the Firearms-Toolmarks Unit, the FBI Laboratory assumes no responsibility for the subsequent use of this data by the user and any problems that might result from any data error.

Any inquires regarding corrections to data, submitting test-fired specimens, or address corrections should be directed to:

FBI Laboratory
John Webb  F-TU
2501 Investigation Parkway
Quantico, Virginia, 22135

Tel: 703-632-7236
Fax: 703-632-7227

John.Webb@ic.fbi.gov

# Introduction to the 2008 Edition

Welcome to the 2008 edition of the General Rifling Characteristics File. I hope that last year's version of the computer program addressed most of the compatibility problems users had encountered, because essentially this version is identical. The GRC is still a work in progress, and I encourage comments from all users.

The pages that follow will serve as a guide to using the new program. The 2008 disc contains a run-time version, which continues to work as a stand alone program. I have also included GRC databases for Access 2000 and systems operating under Windows XP. Vista owners – let me know how that works out for you.

**Remember that the success of the GRC File depends upon contributions from you.** If you encounter a firearm not listed in the GRC, send in test fired bullets and cartridge cases (two each, at least) along with the submission form found on the main page of the application. There is no need to contact me to ask if a new submission should be sent in—the answer is always going to be yes. Also be aware that I cannot enter new submissions that do not come with test fires. If you send in the form only, it's going into the recycle bin.

Also keep in mind that it is your responsibility to keep my mailing list current. If the GRC arrives addressed to someone who retired or changed jobs, send in the address correction form so the list can be updated. The same goes for Laboratories that move. I have no way of knowing if the GRC is sent to the wrong address until it gets bounced back marked "return to sender." Likewise, if you know of anyone not receiving the file that would like to, they may send in an address correction form to join the mailing list.

As always, expect to receive a large volume of comments, questions, praise, and complaints about this latest version of the GRC. Please keep in mind that I am also a full-time firearms examiner, and may not be able to answer your questions immediately. Problems with the program itself, in particular, may not be easy to answer. It is likely that I will need to consult with the programmer on this type of technical question. Please feel free to call the number below and leave voicemail for me. I will find the answers to any concerns you have and call you back. You may also send me email, faxes, or letters. My mailing address is on the GRC submission and address update forms.

Voice: 703-632-7236
FAX: 703-632-7227
John.Webb@ic.fbi.gov

Thanks,
John Webb
GRC Program Manager

# Disclaimer

Users must realize that a search of this database will NOT provide definitive results. The GRC File is designed to aid investigators, not provide a conclusive listing for all possible firearms that could have fired a bullet or cartridge case. How extensive the resulting list of guns one will obtain from a search clearly depends on how restrictive are the measurement inputs. The FBI Laboratory strongly recommends that laboratory report language reflect this reality, e.g., that the listing provided is "not to be considered all-inclusive."

Firearms examiners must use their own judgment and discretion in deciding what tolerances and measurement inputs to use, at all times being mindful that the selection of inputs will affect the output (length of the resulting listing). For example, if one measures each of six land impressions at 0.040 inches, then an input range of 0.039 to 0.041, or 0.038 to 0.042, would seem reasonable. On the other hand, a wider range of measurements, or fewer measurements, properly suggests a wider range for the inputs. For the above example, if the six land impressions measured 0.035 to 0.045 inches, then an input range of, say, 0.028 to 0.052 would seem reasonable. In similar fashion, if only one land impression were visible, and the edges indistinct, then once again an input "tolerance" of 0.007 inches would be reasonable, though in this instance a listing may be so long as to be of no value. For typical instances, a tolerance range of 0.002 to 0.005 inches has been used by FBI examiners since the inception of the GRC File.

Note also that searching solely, for example, on the basis of land impression measurements, or solely on groove impression measurements, will likely lengthen the output listing of possible firearms over what would be the case if both sets of measurements were used. The FBI Laboratory does not make recommendations on this matter - the GRC File is a flexible tool and examiner judgment is a proper part of its use - but it is important that users be aware of these facts.