UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARQUIS JACKSON | : | NO.: 3:19-CV-00388 (JAM) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, ET AL | : | APRIL 30, 2019 |

## DEFENDANT, CITY OF NEW HAVEN'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT DATED MARCH 13, 2019

1.  Paragraphs 1, 2, 50-54, 62-65, 182-186, 224-228, 241 and 249 are denied.

2.  As to paragraphs 3, 5-49, 55-61, 66-181, 238-240 and 244-248, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matter contained therein, and thereby leaves the plaintiff to his burden of proof.

3.  As to paragraph 4, the defendant, City of New Haven, admits it is a municipal corporation, and that the New Haven Police Department is a department within the City of New Haven.

4.  As to paragraphs 223, 236 and 242, the defendant realleges and incorporates by reference its previous answers.

5.  As to paragraphs 237 and 243, this defendant answers that if Detectives Dease, Adger and Breland acted as alleged in the causes of action against them then they would not have acted in the performance of their duties and/or within the scope of their employment.

6.  The defendant does not answer paragraphs 187-222 and 229-235, as they are directed at other defendants.

## BY WAY OF AFFIRMATIVE DEFENSES

**First Affirmative Defense:**

The plaintiff's complaint or specific portions thereof, fail(s) to state claim upon which relief can be granted.

**Second Affirmative Defense:**

Plaintiff's claims against defendant are barred by the applicable statute of limitations.

**Third Affirmative Defense:**

Plaintiff's claims against defendant are barred in whole or in part by the applicable statute of repose.

**Fourth Affirmative Defense:**

Plaintiff's claims against defendant are barred in whole or in part by the doctrine of laches.

**Fifth Affirmative Defense:**

Plaintiff's claims against defendant are barred in whole or in part by the doctrine of res judicata and/or claim preclusion.

**Sixth Affirmative Defense:**

Plaintiff's claims against defendant are barred in whole or in part by the doctrine of collateral estoppel and/or issue preclusion.

**Seventh Affirmative Defense:**

Plaintiff has failed to comply with the statutory notice requirements for an action brought under C. G. S. 7-465.

**<u>Eighth Affirmative Defense</u>:**

    Plaintiff's claims are barred by the doctrine of governmental immunity, pursuant to C.G.S. 52-557n and common law.

## <u>JURY DEMAND</u>

The defendant demands a trial by jury.

          DEFENDANT,
          CITY OF NEW HAVEN

By      /s/ Thomas R. Gerarde
  Thomas R. Gerarde (ct05640)
  Beatrice S. Jordan (ct22001)
  Christopher A. Clark (ct29582)
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114-1121
  Ph:   (860) 249-1361
  Fax:  (860) 249-7665
  E-mail: tgerarde@hl-law.com
  E-mail: bjordan@hl-law.com
  E-mail: cclark@hl-law.com

## <u>CERTIFICATION</u>

    I hereby certify that on April 30, 2019, a copy of the foregoing Answer and Affirmative Defenses was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by U.S. Mail to as indicate on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

            /s/ Thomas R. Gerarde
       Thomas R. Gerarde