UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VERNON HORN, | : | CIVIL NO. 3:18-CV-1502(JAM) |
|    *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, *et al.*, | : | JANUARY 30, 2020 |
|    *Defendants.* | | |

| | | |
|---|---|---|
| MARQUIS JACKSON, | : | CIVIL NO. 3:19-CV-0388(JAM) |
|    *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, | : | JANUARY 30, 2020 |
|    *Defendants.* | | |

**EMERGENCY AND (*Near*) CONSENT MOTION FOR LEAVE TO
HOLD THE FEBRUARY 5, 2020 DEPOSITION OF ATTORNEY
GARY NICHOLSON AT THE FEDERAL COURTHOUSE**

Gary Nicholson moves for order of the Court to hold his deposition at the federal courthouse. The deposition is scheduled for February 5th, 2020 and cannot be rescheduled. Fact discovery is drawing to a close at the end of February, and there are disputes among the various parties regarding safety concerns with having the deposition in one of the law firms that have been used in other depositions. All parties agree that holding the deposition at the courthouse will resolve the various disputes and allow the deposition to proceed without further motion practice. All parties consent to this motion, except as specified elsewhere below.

**ORAL ARGUMENT NOT REQUESTED**

**BACKGROUND**

Attorney Gary Nicholson was the State's Attorney that prosecuted the criminal trials of Mr. Horn and Mr. Jackson. He is scheduled to be deposed on February 5, 2020. The Attorney General is providing Nicholson legal services and representation for his deposition. Based on previous occurrences in this case during Detective Breland's deposition, the Office of the Attorney General has safety concerns with Mr. Horn being physically present in the same room as witnesses who were in law enforcement and involved in Horn's arrest, prosecution, etc. Mr. Horn does not agree with those concerns or their bases and wishes to attend the deposition in person.

The parties have attempted to resolve this dispute, and all agree that holding the deposition at the courthouse would satisfy the rights and concerns of all involved and will negate the need for additional motion practice addressing whether or how Mr. Horn should attend or not attend the deposition. Plaintiff Horn wishes to state that he does not consent absent his being able to videotape the deposition and be able to proceed for seven hours of deposition time.[1] The parties understand that the Court does not usually have parties hold depositions at the courthouse.[2] However, in these circumstances, they respectfully submit that good cause exists to

---

[1] Horn withheld his consent to this motion because of concern over the seven-hour limit of the deposition, so this motion is not a consent motion in the *Horn* matter; he lodged no other objection to the contents of the motion or the relief sought.

[2] To undersigned's knowledge, a deposition taken by a colleague was held at the New Haven federal courthouse in during in or about October, 2019, with permission of the Court, in *Fonk v. Semple, et al.*, 3:18-CV-1283(KAD)(SALM).

grant this motion.  If the Court has additional questions or concerns, the parties welcome either a call with the Court or the opportunity to file materials providing additional information.

Good cause exists to file this motion seeking expedited relief under Local Rule given the scheduling in this case.  *See* D. Conn. L. Civ. R. 7(a)6.

**WHEREFORE**, Nicholson respectfully requests that the Court grant this motion and issue an order allowing the February 5th, 2020 deposition of Attorney Gary Nicholson to be held at the New Haven federal courthouse.

*Respectfully submitted*,

DEPONENT WITNESS
Gary Nicholson

WILLIAM TONG
ATTORNEY GENERAL

BY:__/s/_*Stephen R. Finucane*_____
Stephen R. Finucane
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct30030
E-Mail:  stephen.finucane@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on January 30, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         /s/ *Stephen R. Finucane*
                                         Stephen R. Finucane
                                         Assistant Attorney General