UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARQUIS JACKSON | : | NO.:  3:19-CV-00388 (JAM) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, ET AL | : | MAY 8, 2020 |

**DEFENDANT, CITY OF NEW HAVEN'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT DATED 4/24/20 [DOC. 110]**

1. Paragraphs 1, 2, 50-54, 62-65, 182-186, 224-228, 241, 249, 251-257, 260-261, 263, 265-269 are denied.

2. As to paragraphs 3, 5-49, 55-61, 66-181, 238-240, 244-248, 259 and 262, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matter contained therein, and thereby leaves the plaintiff to his burden of proof.

3. As to paragraph 4, the defendant, City of New Haven, admits it is a municipal corporation, and that the New Haven Police Department is a department within the City of New Haven.

4. As to paragraphs 223, 236, 242, 250, 258 and 264, the defendant realleges and incorporates by reference its previous answers.

5. As to paragraphs 237 and 243, this defendant answers that if Detectives Dease, Adger and Breland acted as alleged in the causes of action against them then they would not have acted in the performance of their duties and/or within the scope of their employment.

6. The defendant does not answer paragraphs 187-222 and 229-235, as they are directed at other defendants.

## BY WAY OF AFFIRMATIVE DEFENSES

**First Affirmative Defense**:

The plaintiff's complaint, or specific portions thereof, fail(s) to state a claim upon which relief can be granted.

**Second Affirmative Defense**:

Plaintiff's claims against the City of New Haven, or some of them, are barred by the applicable statute of limitations.

**Third Affirmative Defense**:

Plaintiff's claims against the City of New Haven, or some of them, are barred by the applicable statute of repose.

**Fourth Affirmative Defense**:

Plaintiff's claims against the City of New Haven, or some of them, are barred by the doctrine of laches.

**Fifth Affirmative Defense**:

Plaintiff's claims against the City of New Haven, or some of them, are barred by the doctrine of res judicata and/or claim preclusion.

**Sixth Affirmative Defense**:

Plaintiff's claims against the City of New Haven, or some of them, are barred by the doctrine of collateral estoppel and/or issue preclusion.

**Seventh Affirmative Defense**:

Plaintiff has failed to comply with the statutory notice requirements for an action brought under C.G.S. §7-465.

**Eighth Affirmative Defense**:

Plaintiff's claims, or some of them, are barred by the doctrine of governmental immunity under common law.

**Ninth Affirmative Defense**:

Plaintiffs' claims, or some of them, are barred by the immunities set forth in C.G.S. §52-557n(a)(2)(A) and C.G.S. §52-557n(a)(2)(B).

**Tenth Affirmative Defense**:

The plaintiff's claims, or some of them, are barred by C.G.S. §52-557n(b)(6).

**Eleventh Affirmative Defense**:

If plaintiff suffered the injuries and damages as alleged, such injuries and damages were caused by the plaintiff's own contributory negligence.

**Twelfth Affirmative Defense**:

If plaintiff suffered the injuries and damages as alleged, such injuries and damages were the result of and caused by the unforeseen criminal conduct of another person, including Marcus Pearson and/or Steven Brown and/or Vernon Horn, and the plaintiff's claims, or some of them, against the City of New Haven, are barred by the doctrine of superseding cause.

## JURY DEMAND

The defendant demands a trial by jury.

DEFENDANT,
CITY OF NEW HAVEN


By_____/s/ Thomas R. Gerarde_____
   Thomas R. Gerarde (ct05640)
   Beatrice S. Jordan (ct22001)
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1121
   Ph:   (860) 249-1361
   Fax:  (860) 249-7665
   E-mail: tgerarde@hl-law.com
   E-mail: bjordan@hl-law.com

## **CERTIFICATION**

     I hereby certify that on May 8, 2020, a copy of the foregoing Answer and Affirmative Defenses was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by U.S. Mail to as indicate on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


          _____/s/ Thomas R. Gerarde_____
          Thomas R. Gerarde