## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARQUIS JACKSON, | : | NO.: 3:19-CV-00388 (RNC) |
| *Plaintiff*, | : | |
| v. | : | |
| CITY OF NEW HAVEN, ET AL. | : | |
| *Defendants*. | : | JUNE 14, 2021 |

### **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Defendants, Leroy Dease, Petisia Adger, and Daryle Breland, through their attorneys, move for summary judgment on all claims set forth in the Plaintiff's Complaint pursuant to FED. R. CIV. P. 56(b).

ORAL ARGUMENT REQUESTED

Respectfully submitted,

/s/Jeffrey R. Zehe
Jeffrey R. Zehe
Bradford S. Krause
NIELSEN, ZEHE & ANTAS, P.C.
55 W. Monroe, Suite 1800
Chicago, Illinois 60603
(312) 322-9900
*jzehe@nzalaw.com*
*bkrause@nzalaw.com*

/s/ Thomas E. Katon
Thomas E. Katon
Federal Bar No. ct 01565
SUSMAN, DUFFY & SEGALOFF, P.C.
55 Whitney Ave.
New Haven, CT 06510
(203) 624-9830
*tkaton@susmanduffy.com*
*Attorneys for Defendant Detectives*

## CERTIFICATION

I hereby certify that on June 14, 2021, a copy of the ***Defendants' Motion for Summary Judgment*** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Thomas E. Katon
Thomas E. Katon
Federal Bar No. ct 01565
SUSMAN, DUFFY & SEGALOFF, P.C.
55 Whitney Ave.
New Haven, CT 06510
(203) 624-9830
*tkaton@susmanduffy.com*